### 32853. MICHAEL v. McADAMS.

PER CURIAM.

This is a land line dispute which was tried nonjury. The trial court entered findings of fact and conclusions of law and found in favor of the defendant. The plaintiff appeals, enumerating error primarily upon the court's findings of fact. Findings of fact made by the trial court in nonjury cases shall not be set aside unless clearly erroneous. Code Ann. § 81A-152 (a). The trial court's findings are not clearly erroneous.

*Judgment affirmed. All the Justices concur.*

SUBMITTED OCTOBER 7, 1977 — DECIDED OCTOBER 25, 1977.

*Harold A. Lane,* for appellant.

*Coney, Tinsley & Tinsley, William C. Tinsley, II,* for appellee.